GREENBERG TRAURIG, LLP
JEFF E. SCOTT (SBN 126308)
*ScottJ@gtlaw.com*
ROBERT J. HERRINGTON (SBN 234417)
*HerringtonR@gtlaw.com*
MICHAEL E. MCCARTHY (SBN 301010)
*McCarthyMe@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310-586-7700
Facsimile: 310-586-7800

Attorneys for Defendant
SHEIN FASHION GROUP, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROSALIE GOLBAHAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHEIN FASHION GROUP, INC., a California corporation,<br><br>Defendant. | CASE NO. 2:18−cv−10340−JFW (AFMx)<br><br>**JOINT STIPULATED DISMISSAL OF ACTION WITH PREJUDICE AS TO INDIVIDUAL CLAIMS OF ROSALIE GOLBAHAR AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>Complaint Filed: December 13, 2018 |

LA134202457

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff ROSALIE GOLBAHAR ("Golbahar") and Defendant SHEIN FASHION GROUP, INC. ("SFG") hereby stipulate and agree that: (1) all individual claims that Golbahar asserted or could have asserted on her own behalf in the litigation are hereby dismissed *with prejudice*; and (2) the claims of the putative class asserted in the litigation are hereby dismissed *without* prejudice and *without* notice.  Golbahar and SFG shall each bear their own attorney's fees and costs.

This dismissal does not affect the rights of any putative class member.  The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable because this action has not been certified as a class, and a class is not proposed to be certified for purposes of settlement.

Dated:  February 13, 2019            GREENBERG TRAURIG, LLP

                                     By:  /s/ Robert J. Herrington
                                          Robert J. Herrington
                                          Attorneys for Defendant
                                          SHEIN FASHION GROUP, INC.

Dated:  February 13, 2019            FARUQI & FARUQI, LLP

                                     By:  /s/ Benjamin Heikali
                                          Benjamin Heikali
                                          Attorneys for Plaintiff
                                          ROSALIE GOLBAHAR

Pursuant to Central District of California Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Benjamin Heikali, on whose behalf this filing is jointly submitted, concurs in this filing's content and has authorized me to file this document.

Dated:  February 13, 2019            By:  /s/ Robert J. Herrington
                                          Robert J. Herrington

LA134202457